FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY CF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3203-LAB |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| SALVADOR BARAJAS-CRUZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 29, 2007, within the Southern District of California, defendant SALVADOR BARAJAS-CRUZ, did knowingly and intentionally import approximately 13.22 kilograms (approximately 29.08 pounds) marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: November 27, 2007.

KAREN P. HEWITT
United States Attorney

John F. Weis for

AARON B. CLARK
Assistant U.S. Attorney

ABC:drh: Imperial
11/27/07