AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Salvador Barajas-Cruz

## WAIVER OF INDICTMENT

CASE NUMBER: 07CR3203-LAB

I, Salvador Barajas Cruz, the above named defendant, who is accused of

21 USC 952, 960
Importation of marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/27/07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 27 2007
CLERK, U.S. DIS[illegible]
SOUTHERN DIS[illegible]
BY [illegible]

x Salvador Barajas
Defendant

D Rega
Counsel for Defendant

Before [signature]
Judicial Officer