**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**JANUARY 3, 2008**

**HON. BARBARA L. MAJOR** **DEPUTY CLERK: M. BEHNING**

07cr3203-LAB USA VS SALVADOR BARAJAS CRUZ(1/R/SPA)01705298

1: JODI THORP

AUSA: MICHELLE PETTIT

STATUS CONFERENCE
=====================================================================
BLM07:1340-1343

STATUS CONFERENCE HELD
GOVT ORAL MOTION TO DISMISS THIS CASE - GRANTED W/O PREJUDICE
JUDGMENT OF DISMISSAL FILED
ABSTRACT ISSUED TO USM AS TO THIS CASE ONLY