# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
vs )
Salvador Barajas Cruz )

CASE NUMBER 07CR 3203-LAB

ABSTRACT OF ORDER

Booking No. 01705298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 01|03|08

the Court entered the following order:

_______ Defendant be released from custody.

_______ Defendant placed on supervised / unsupervised probation / supervised release.

_______ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_______ Defendant released on $__________ bond posted.

_______ Defendant appeared in Court. FINGERPRINT & RELEASE.

_______ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_______ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_______ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_______ dismissing appeal filed.

_______ Bench Warrant Recalled.

_______ Defendant forfeited collateral.

X Case Dismissed. AS TO THIS CASE ONLY

_______ Defendant to be released to Pretrial Services for electronic monitoring.

X Other. Δ CURRENTLY ON BOND.
Δ PROCEEDING UNDER CASE # 08CR0019-LAB

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

Received ____________ DUSM

2008 JAN -3 FILED

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY